UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Raúl Fernando Velasquez

RECEIVED
JAN 26 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 20-cv-03632
(To be supplied by the Clerk of this Court)

Wayne Wolles
Officer Grun Michael #834
Officer Arteya #843
Officer Spiwak #724

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:** **AMENDED COMPLAINT**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

______ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

______ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Raul Fernando Velasquez Figueroa

B. List all aliases: ______

C. Prisoner identification number: L# 155420

D. Place of present confinement: Lake County Jail

E. Address: P.O. Box 38, Waukegan, IL. 60085

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Wayne Walles

Title: POLICE CHIEF

Place of Employment: WAUKEGAN POLICE DEPARTMENT 101 N. WEST ST., WAUKEGAN, IL 60085

B. Defendant: OFFICER GRUM MICHAEL, #834 Badge No.

Title: OFFICER

Place of Employment: WAUKEGAN POLICE DEPARTMENT 101 N. WEST ST., WAUKEGAN, IL 60085

C. Defendant: OFFICER ARTEGA #843

Title: OFFICER

Place of Employment: WAUKEGAN POLICE DEPARTMENT 101 N. WEST ST., WAUKEGAN, IL 60085

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: RAUL FERNANDO VELASQUEZ V. WAYNE WALLES

B. Approximate date of filing lawsuit: 12/05/20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: RAUL FERNANDO VELASQUEZ

D. List all defendants: WAYNE WALLES

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): LAKE COUNTY

F. Name of judge to whom case was assigned: HONORABLE MANISH S. SHAH

G. Basic claim made: HOLDING WAYNE WALLES AND OTHER OFFICERS ACCOUNTABLE FOR POLICE BRUTALITY AND ABUSE OF POWER

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: 07/07/20

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 02/22/20, WAS ARRESTED BY TWO WAUKEGAN POLICE OFFICERS. COMPLIED WITH THE ARREST, AFTER BEING HANDCUFFED WHILE ON KNEES OFFICERS BEGAN TO BEAT PLANTIFF SEVERLY. UPON BEING BEATEN, REACHED A POINT WHERE COULDN'T BREATH FROM BEATING, TRIED TO COMMUNICATE TO OFFICERS BUT COULDN'T; ENDED UP ROLLING ON TO BACK WHILE HANDCUFFED AND OFFICERS RESPONDED BY TASING PLANTIFF. UPON REMOVAL FROM APARTMENT, OFFICER TRANSPORTING PLANTIFF DROPPED HIM DOWN A FLIGHT OF STAIRS AND WAS LEFT ON BOTTOM PLATFORM STILL STRUGGLING TO BREATH. OFFICERS SAW THAT PLANTIFF WAS STRUGGLING AT WHICH TIME BACK-UP AND MEDICS WERE CALLED. THE TALL OFFICER WHO WAS TRANSPORTING PLANTIFF PICKED HIM UP IN A WAY WHICH APPLIED PLANTIFF'S BODY WEIGHT TO HIS ARMS TO POINT OF DISLOCATION. OFFICER CARRYING PLANTIFF THREW PLANTIFF INTO SQUAD CAR LIKE A RAG DOLL WHICH CAUSED PLANTIFF TO BASH FACE AGAINST OTHER DOOR AND CAUSING BRUISING AND CUTS.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UPON ARRIVAL TO POLICE STATION, PLANTIFF COULD NOT BREATH STILL AND HAD AMBULANCE WAITING TO TAKE TO VICTORY HOSPITAL. AFTER ARRIVING TO HOSPITAL AND BEING TREATED IN ER/BEING PUT ON OXYGEN, DOCTOR AND THE THREE OFFICERS (DEFENDANTS) CAME SUDDENLY AND FORCEFULLY RESTRAINED PLANTIFF, REMOVED CLOTHING AND FORCED CATHETER INTO PLANTIFF, NOT INFORMING PLANTIFF THAT PROCESSES WAS GOING TO TAKE PLACE, VIOLATING MY RIGHTS.



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

SEEKING $1 MILLION IN SETTLEMENT PER PERSON OR MINIMUM OF $500,000 PER PERSON, OR WHAT COURT FINDS JUSTIFIABLE IN MY FAVOR. AMOUNT REQUESTED IS NOWHERE NEAR WHAT MY LIFE IS VALUED FOR COMING NEAR DEATH; WANT JUSTICE AGAINST DEFENDANTS.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 12 day of JAN., 20 21

R.F.V.

[signature]

(Signature of plaintiff or plaintiffs)

RAUL FERNANDO VELASQUEZ

(Print name)

L83016687

(I.D. Number)

P.O. BOX 38

WAUKEGAN, IL 60079

(Address)

II. DEFENDANT(S):

D. DEFENDANT: OFFICER SPIWAK #724

TITLE: OFFICER

PLACE OF EMPLOYMENT: WAUKEGAN POLICE DEPARTMENT
101 N. WEST ST., WAUKEGAN, IL 60085

Raúl Fernando Velasquez
Lake County Jail
#155420
P.O Box 38
Waukegan, IL 60079





2021 JAN 26 PM 5:03

NSPECTED BY THE
UNITED STATES
MARSHALS SERVICE

Office of
Clear of The U.S. District Court
United States Courthouse
Chicago, IL. 60604

01/26/2021-4

SENT FROM A
-RECTIONAL FACILITY